United States District Court
Southern District of Texas
FILED

FEB 2 3 2000

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *versus* | § § | Civil Action C-00-77 |
| Odilia Laurel | § | Claim No. L3147 |

## Complaint

1. *Jurisdiction.* The district court has jurisdiction because the United States is a party. See U.S. CONST. art. III, Section 2, and 28 U.S.C. § 1345.

2. *Venue.* Defendant is a resident of NUECES County, Texas, and may be served with process at 11652 Chispa Creek, Corpus Christi, TX 78410.

3. *The Debt.* The debt owed the United States is:

   A.   Current Principal as of October 2, 1997:           $2,441.98

   B.   Current interest                                    $1,091.00

   C.   Adminstrative, fees, costs, penalties              $5.65

   D.   Balance due before attorney's fees                 $3,538.63

   E.   Prejudgment interest accrues at 8.% per annum, being $0.54 per day.

   F.   Attorney's fees of                                 $800.00

   G.   The current balance in 3A is after credits of      $0.00

The certificate of indebtedness, attached as Exhibit A, shows the total owed excluding attorney's fees and central intake facility charges. On the date of the certificate the principal and interest shown were correct after credits having been applied.

4. *Failure to Pay.* Demand has been made on the defendant to pay the indebtedness, and the defendant has failed to pay it.

5. *Prayer.* The United States prays for judgment for:

   A.   The sums in paragraph 3 plus prejudgment interest through the date of judgment, adminstrative costs, and post-judgment interest.

B.  Attorney's fees; and

C.  Other relief the court deems proper.

                Respectfully submitted

                BENNETT & WESTON, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
10670 N. Central Expressway, Suite 200
Dallas, Texas 75231
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

U.S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

          ODILIA LAUREL
AKA:  N/A
          11652 CHISPA CREEK
          CORPUS CHRISTI, TX. 78410

SSN: 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

Total debt due United States as of 10/02/97 : $ 3,538.63

I certify that U.S. Department of Education records show that the debtor named above is indebted to the United States in the amount stated above, plus additional interest on the principal balance of $ 2,441.98 from 10/02/97 at the annual rate of 8.00 percent. Interest accrues on the principal amount of this debt at a rate of $ 0.54 per day.

The claim arose in connection with a Government insured or guaranteed loan made by a private lender and assigned to the United States.

On 08-23-85, the debtor executed promissory note(s) to secure the loan(s) from FIRST AMERICAN, LONGMONT, CO., under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C 1071 et seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note(s) and on 07-17-87 the debtor defaulted on the obligation.

Pursuant to 34 C.F.R. 682.202 and/or terms of the promissory note(s) the holder(s) capitalized interest accrued to the original lender in the amount of $ 126.29 thereby increasing the principal balance due to $ 2,441.98.

After application of the last voluntary payment of $0.00 which was received on N/A the debtor now owes the following :

| | |
|---|---|
| Principal: | $ 2,441.98 |
| Interest: | $ 1,091.00 |
| Administrative/ Collection Costs: | $ 5.65 |
| Penalties: | $ 0.00 |

CERTIFICATION: Pursuant to 28 U.S.C. Section 1746, I certify under penalty of perjury that the foregoing is true and correct.

10/9/97
(Date)

Loan Analyst-Litigation Branch

EXHIBIT A