UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JUN - 2 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *versus* | § | Civil Action C-00-77 |
| | § | |
| Odilia Laurel | § | |

RELEASE OF JUDGMENT

United States of America releases the judgment dated against Odilia Laurel.

Respectfully submitted,
BENNETT & WESTON, P.C.

_____
J. MICHAEL WESTON
SBN: 21232100
200 Search Plaza
10670 N. Central Expressway
Dallas, Texas 75231
(214) 691-1776
FAX (214) 373-6810

SWORN AND SUBSCRIBED to on this 31st day of May, 2000.

_Diana S. Bradley_
Notary Public in and for the
State of Texas

My Commission Expires:

DIANA S. BRADLEY
MY COMMISSION EXPIRES
February 3, 2001

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served on all counsel of record on this 31st day of May, 2000 in accordance with the Federal Rules of Civil Procedure.

_____

3.